AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ARTURO ZUAREZ-MALDONADO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0056-H 07MJ2854

I, ARTURO ZUAREZ-MALDONADO, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 8, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ArTuro Suarez MDo
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY